**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
                        (State)

Case number (*If known*): _____  Chapter  11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1.  **Debtor's name** | Lily Robotics, Inc. |

**2.  All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

N/A

_____

_____

_____

_____

**3.  Debtor's federal Employer Identification Number** (EIN)

4 6 _ 4 6 9 8 6 0 4

**4.  Debtor's address**

**Principal place of business**

374        Harriet Street
Number     Street

_____

San Francisco        CA        94103
City                State     ZIP Code

San Francisco
County

**Mailing address, if different from principal place of business**

_____
Number      Street

_____
P.O. Box

_____
City            State       ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____
City            State       ZIP Code

**5.  Debtor's website** (URL)

https://www.lily.camera/

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | Lily Robotics, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

N/A ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Lily Robotics, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☑ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Lily Robotics, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     2/27/2017
                MM / DD / YYYY

✘ /s/ L. Spencer Wells                         L. Spencer Wells
Signature of authorized representative of debtor    Printed name

Title  Director

**18. Signature of attorney**

✘ /s/ Robert J. Dehney                    Date    2/27/2017
Signature of attorney for debtor                   MM / DD / YYYY

Robert J. Dehney
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name

1201      North Market Street, 16th Floor
Number    Street

Wilmington                         DE          19801
City                               State       ZIP Code

(302) 658-9200                     rdehney@mnat.com
Contact phone                      Email address

3578                               DE
Bar number                         State

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **LILY ROBOTICS, INC.**,[1] | Case No. 17-_____ |
| Debtor. | |

**CERTIFICATION CONCERNING LIST OF CREDITORS
HOLDING THIRTY (30) LARGEST UNSECURED CLAIMS**

Following is the list of the above-captioned Debtor's creditors holding the 30 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest claims. The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor.  The information contained herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

The information contained herein is complete, and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.  However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Top 30 List have been completed.  Therefore, the listing does not and should not be deemed to constitute:  (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

---

[1]      The last four digits of the Debtor's federal tax identification number are 8604. The Debtor's headquarters and mailing address is 374 Harriet Street, San Francisco, California 94103.

Fill in this information to identify the case:

Debtor name  Lily Robotics, Inc.

United States Bankruptcy Court for the District of Delaware

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Weifang GoerTek Electronics Co., Ltd. Gaoxin 2 Road Free Trade Zone Weifang Shandong CN | Kevin He Weifang GoerTek Electronics Co., Ltd Gaoxin 2 Road Free Trade Zone Weifang Shandong CN Email: kevin.he@goertekusa.com | Contract-Manufacture | Contingent | | | $12,040,731.22 |
| 2 | Fenwick & West LLP Silicon Valley Center 801 California Street Mountain View, CA 94041 | Sam Angus Fenwick & West LLP Silicon Valley Center 801 California Street Mountain View, CA 94041 Email: sangus@fenwick.com Email: accountsreceivable@fenwick.com | Service | Contingent | | | $83,922.17 |
| 3 | Tooploox Sp. z.o.o. Teczowa 7 53-601 Wroclaw Poland | Paweł Solyga Tooploox Sp. z.o.o. Teczowa 7 53-601 Wroclaw Poland Email: pawel@tooploox.com | Service | Contingent | | | $60,780.00 |
| 4 | Fifth Historic Properties LLC 14 Mint Street, 5th Floor San Francisco, CA 94103 | Jill Helffenstein Fifth Historic Properties LLC 14 Mint Street, 5th Floor San Francisco, CA 94103 Email: jill@martinbuilding.com | Lease | Contingent | | | $53,356.55 |

Debtor    Lily Robotics, Inc.                                          Case number (if known) _____

      Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | True Capital Partner, LLC 56 N Haddon Ave Haddonfield, NJ 8033 | Josh Withers True Capital Partner, LLC 56 N Haddon Ave Haddonfield, NJ 8033  Email: finance@thetruecapital.com | Service | Contingent | | | $53,333.00 |
| 6 | Teknique 5D 331 Rosedale Road PO Box 300622 Albany Auckland 752 NZ | Ben Bodley Teknique 5D 331 Rosedale Road PO Box 300622 Albany Auckland 752 NZ  Email: ben@teknique.com | Service | Contingent | | | $42,850.04 |
| 7 | Dina Zaarour 2717 Burlingview Drive Burlingame, CA 94010 | Dina Zaarour 2717 Burlingview Drive Burlingame, CA 94010  Email: dina.zaarour@gmail.com | Service | Contingent | | | $32,000.00 |
| 8 | Stratasys, Inc. 7665 Commerce Way Eden Prairie, MN 55344 | Kelly Larsen Stratasys, Inc. 7665 Commerce Way Eden Prairie, MN 55344  Email: accounts.receivable@stratasys.com | Lease | Contingent | | | $29,372.58 |
| 9 | Thinkstep Lloyds Bank plc 25 Gresham Street London EC2V 7HN GB | Aidan Turnbull Thinkstep Lloyds Bank plc 25 Gresham Street London EC2V 7HN GB  Email: support@ec4p.com | Service | Contingent | | | $27,975.32 |
| 10 | Renascent Associates LLC PO Box 786 Hudson, OH 44236 | Alan Pitney Renascent Associates LLC PO Box 786 Hudson, OH 44236  Email: alan.pitney@renascentassociates.com | Service | Contingent | | | $18,750.00 |
| 11 | Bring It By Macro LLC 1500 Park Ave Apt. 120 Emeryville, CA 94608 | Rodrigo Cabanas Bring It By Macro LLC 1500 Park Ave Apt. 120 Emeryville, CA 94608  Email: rodrigo.cabanas@bringitps.com Email: accounting@bringitps.com | Service | Contingent | | | $16,725.00 |

Debtor      Lily Robotics, Inc.                                    Case number (if known) _____
               Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 | Perkins Coie 1201 Third Ave, 49th Floor Seattle, WA 98101-3099 | Andrew Pettit Perkins Coie 1201 Third Ave, 49th Floor Seattle, WA 98101-3099  Email: eandrei@perkinscoie.com | Service | Contingent | | | $12,191.94 |
| 13 | Marcum LLP One SE Third Ave, Suite 1100 Miami, FL 33131 | Marcum LLP One SE Third Ave, Suite 1100 Miami, FL 33131  Email: michele.hodge@marcumllp.com | Service | Contingent | | | $11,992.76 |
| 14 | Premier Staffing, Inc. PO Box 398237 San Francisco, CA 94139-8237 | Premier Staffing, Inc. PO Box 398237 San Francisco, CA 94139-8237  Email: ar@pstaffing.com | Service | Contingent | | | $4,891.93 |
| 15 | eShares, Inc Attention: Accounting 195 Page Mill Rd., Suite 101 Palo Alto, CA 94306 | Kristina Nguyen  eShares, Inc Attention: Accounting 195 Page Mill Rd., Suite 101 Palo Alto, CA 94306  Email: kristina.nguyen@esharesinc.com | Website | Contingent | | | $4,000.00 |
| 16 | Mann Consulting, LLC 282 Second Street, #400 San Francisco, CA 94105 | Harold Mann Mann Consulting, LLC 282 Second Street, #400 San Francisco, CA 94105 USA  Email: invoices@mann.com | Service | Contingent | | | $3,942.00 |
| 17 | Managed by Q San Francisco 755 Brannan St. San Francisco, CA 94105 | Managed by Q San Francisco 755 Brannan St. San Francisco, CA 94105  Email: clesko@managedbyq.com | Service | Contingent | | | $3,344.36 |
| 18 | Chubb & Son PO Box 382001 Pittsburgh, PA 15250-8001 | Ryan E. Taylor Chubb & Son PO Box 382001 Pittsburgh, PA 15250-8001 | Service | Contingent | | | $3,029.50 |

Debtor      Lily Robotics, Inc.
        Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Linkedin 62228 Collections Center Drive Chicago, IL 60693 | Linkedin 62228 Collections Center Drive Chicago, IL 60693  Email: ar-receipts@linkedin.com | Contract | Contingent | | | $2,250.00 |
| 20 | Eden Technology Services, Inc 54 Gilbert Street San Francisco, CA 94103 | Eden Technology Services, Inc 54 Gilbert Street San Francisco, CA 94103  Email: lexi@eden.io | Service | Contingent | | | $1,393.97 |
| 21 | Quanta Laboratories 3199 De La Cruz Blvd Santa Clara CA 95054 | Robin Gardiner Quanta Laboratories 3199 De La Cruz Blvd Santa Clara CA 95054  Email: quantalabs@quantalabs.com | Service | Contingent | | | $1,350.00 |
| 22 | B8ta, Inc. 164 Townsend St, Unit 4 San Francisco, CA 94107 | B8ta, Inc. 164 Townsend St, Unit 4 San Francisco, CA 94107  Email: accounting@b8ta.com | Service | Contingent | | | $1,200.00 |
| 23 | Daiohs USA Inc 2423 Verna Court San Leandro, CA 94577 | Daiohs USA Inc 2423 Verna Court San Leandro, CA 94577  Email: oakach@firstchoiceservices.com | Contract | Contingent | | | $948.45 |
| 24 | Interworld Translations Inc. 4475 Mission Boulevard, Suite 232 San Diego, CA 92109 | Interworld Translations Inc. 4475 Mission Boulevard, Suite 232 San Diego, CA 92109  Email: lchehov@iwtservices.com | Service | Contingent | | | $581.44 |
| 25 | Brad Bowery 665 3rd St., Suite 150 San Francisco, CA 94107 | Brad Bowery Brad Bowery 665 3rd St., Suite 150 San Francisco, CA 94107  Email: bradbowery@gmail.com | Service | Disputed | | | $375.00 |

Debtor      Lily Robotics, Inc.                                        Case number (if known) _____
            Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 26 | Thomsen And Burke LLP 2 Hamill Road, Suite 415 Baltimore, MD 21210 | Thomsen And Burke LLP 2 Hamill Road, Suite 415 Baltimore, MD 21210  Email: terri@t-b.com | Service | Contingent | | | $292.50 |
| 27 | Akin Gump Strauss Hauer & Feld, LLP, 1700 Pacific Avenue, Suite 4100 Dallas, TX 95201 | Akin Gump Strauss Hauer & Feld, LLP, 1700 Pacific Avenue, Suite 4100 Dallas, TX 95201  Email: smcnish@akingump.com | Service | Contingent | | | $144.00 |
| 28 | McMaster-Carr Supply Company 600 N County Line Rd. Elmhurst, IL 60126 | McMaster-Carr Supply Company 600 N County Line Rd. Elmhurst, IL 60126  Email: check.input@mcmaster.com | Purchase | Contingent | | | $18.08 |
| 29 | District Attorney City and County of San Francisco 732 Brannan Street San Francisco, CA 94103 | George Gascon District Attorney City and County of San Francisco 732 Brannan Street San Francisco, CA 94103  Tel.: 415-551-9574 | Litigation | Contingent Unliquidated Disputed | | | $0 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **LILY ROBOTICS, INC.,**[1] | Case No.    17 - _____ |
| Debtor. | |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

      The above-captioned case debtor and debtor-in-possession hereby certifies under penalty of perjury that the list submitted herewith attached hereto as **Exhibit A**, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Delaware, containing the List of Equity Security Holders of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with the Debtor's books and records.

---

[1]      The last four digits of the Debtor's federal tax identification number are 8604. The Debtor's headquarters and mailing address is 374 Harriet Street, San Francisco, California 94103.

Lily Robotics, Inc.

<u>Exhibit A</u> -
Equity Security Holders

| Name | Address | Amount of Common Stock | Amount of Preferred Series A Stock | Outstanding Options | Warrants |
|------|---------|------------------------|-------------------------------------|---------------------|----------|
| 7 Seas Venture Capital Associates, L.P. | 3000 Sand Hill Road Menlo Park, CA 94025 | 4-100 | 3,927 | | |
| 7 Seas Venture Capital, L.P. | 3000 Sand Hill Road Menlo Park, CA 94025 | | 35,346 | | |
| A-LRO-16-Fund, a series of AngelList-WiAl-Funds, LLC | 30 W 24th Street 4th Floor New York, NY 10010 | | 5,196 | | |
| Alexa Lee | 772 Wisconsin St San Francisco, CA 94107 | | 1,228 | | |
| Amy Brewster | 2123 Stuart St. Berkeley, CA 94705 | | | 1,227 | |
| Andre Devitt | 37091 Magnolia Street #2-211 Newark, CA 94560 | 1,088 | | | |
| Andrea Lam | 189 Barranca Ter. Sunnyvale, CA 94086 | | | 4,834 | |
| Antoine Balaresque | 250 Spencer Avenue Sausalito, CA 94965 | 1,500,000 | | | |
| Arturo Pacifico Griffini | 150 Lombard Street, 408 CA 94111 USA | | 524 | | |
| Arul Velan | 425 1st St. #1208 San Francisco, CA 94105 | | | 7,980 | |
| Berenice Rushovich | 202 Old Crossing Drive, Baltimore, MD 21208 | | 3,927 | | |
| Berkeley Free Lily, LLC | 1506 Hyde St San Francisco, CA 94109 | | 49,091 | | |
| Brad Bowery | 2459 Larkin St Apt 8 San Francisco, CA 94109 | | | 3,927 | |

Lily Robotics, Inc.

Exhibit A -

Equity Security Holders

| Name | Address | Amount of Common Stock | Amount of Preferred Series A Stock | Outstanding Options | Warrants |
|---|---|---|---|---|---|
| Brad Bowery | 2459 Larkin St Apt 8 San Francisco, CA 94109 | | | 982 | |
| Canming Zhu | RM# A1705, Fenglinzhou Garden, Xin'an, Bao'an, Shenzhen, Guangdong, China | | | 22,088 | |
| Carlos Alvear | 4647 25th Steet San Francisco, CA 94114 | | | 1,473 | |
| Conor Giambona | 1728 Parker St, Apartment A Berkeley, CA 94703 | | | 1,718 | |
| Derek Douville | 1845a Reliez Valley Rd Lafayette, CA 94549 | | | 5,892 | |
| Devin Whitford | 1728 Parker St Berkeley, CA 94703 | | | 1,473 | |
| Devyn Bynes | 3190 Oak Rd, Apt 422 Walnut Creek, CA 94597 | | | 5,890 | |
| Diana Cheng | 3952 26th St San Francisco, CA 94131 | 325 | | | |
| Dmitry Ryuma | 77 Dow Place, Apt 704 San Francisco, CA 94107 | | | 8,589 | |
| Doug Chan | 206 Forrester Rd Los Gatos, CA 95032 | | | 149,854 | |
| Everett Meyers | 15110 Chelsea Drive San Jose, CA 95124 | | | 491 | |
| Gillian Langor | 1906 Jackson St Apt 2 Oakland, CA 94612 | | | 4,909 | |
| Harry Gan | RM# C7-2-3B, Yi Garden, Guanhu, Longhua, Shenzhen, Guangdong, China | | | 2,454 | |
| Henry Bradlow | 374 Harriet St San Francisco, CA 94103 | 1,500,000 | | | |
| High Line Venture Partners II, LP | | 254,530 | 35,484 | | |

Lily Robotics, Inc.

Exhibit A -

Equity Security Holders

| Name | Address | Amount of Common Stock | Amount of Preferred Series A Stock | Outstanding Options | Warrants |
|---|---|---|---|---|---|
| InnoSpring Seed Fund II, L.P. | 2901 Tasman Dr., Suite 107 Santa Clara, CA 95054 | | 4,909 | | |
| Jennifer La | 1624 Saralynn Dr San Jose, CA 95121 | | | 1,718 | |
| Jerry Du | Room# 508 of 4th building, Commercial Community, Zhenchuan East Road, Yushan, Kunshan, Jiangsu, China | | | 2,454 | |
| Johnny Hsu | 30 Gardenside Drive Apt 4 San Francisco, CA 94131 | | | 1,227 | |
| Joseph O'Flaherty | 3150 N Sheridan Rd 24B Chicago, IL 60657 | 10,608 | 1,275 | | |
| Kat Kuang | 571 Valencia Street Apt 5 San Francisco, CA 94110 | | | 368 | |
| Kelly Coyne | 178 Bluxome Street Apt 303 San Francisco, CA 94107 | | | 10,151 | |
| Kevin Mahaffey 2013 Revocable Trust | 1 Bluxome St. #203 San Francisco, CA 94107 | 16,121 | 2,497 | | |
| Kindred Ventures LLC | | | 2,454 | | |
| Kodie Goodwin | 638 ASHBURY ST San Francisco, CA 94117 | | | 3,927 | |
| Linh Doan-Vo | 5822 Turnberry Drive Dublin, CA 94568 | | | 1,596 | |
| Linh Doan-Vo | 5822 Turnberry Drive Dublin, CA 94568 | | | 2,699 | |
| Lionel Dosne | 131 rue de la Tour, 75016 Paris, France | | 787 | | |
| Liquid 2 Ventures, L.P. | 830 Menlo Avenue, Suite 100 Menlo Park, CA 94025 | | 4,909 | | |
| Matthew Aralis | 1338 Middlefield Rd Palo Alto, CA 94301 | | | 5,891 | |

Lily Robotics, Inc.

| Name | Address | Amount of Common Stock | Amount of Preferred Series A Stock | Outstanding Options | Warrants |
|---|---|---|---|---|---|
| Michael Madeleine | 5769 Harder Street San Jose, CA 95129 | | | 613 | |
| Michael Tran | 139 1st Ave. Daly City, CA 94014 | | | 2,455 | |
| Michael Vaona | 1751 B NW 59th St Seattle, WA 98107 | | | 1,450 | |
| Michal Zalesak | Pod Meliskou 3 Praha 6 164 00 Czech republic | | 1,309 | | |
| Mike Falck | 430 Oak Grove Dr. #211 Santa Clara CA. 95054 | | | 33,838 | |
| Nate Bosshard | 35 Miller Ave #317 Mill Valley, CA 94941 | | | 16,000 | |
| Nghia Ho | Unit 204, 1468 25th Street Potrero Hill San Francisco, CA 94107 | | | 4,908 | |
| Ngia Ho | Unit 204, 1468 25th Street Potrero Hill San Francisco, CA 94107 | | | 24,000 | |
| Nic Wiles | 1415a San Bruno Ave San Francisco, CA 94110 | | | 4,909 | |
| Northern Light Venture Capital IV, Ltd. | 2901 Tasman Dr., Suite 107 Santa Clara, CA 95054 | | 5,644 | | |
| Osmond Lui | Flat D, 15th Floor, Block 2, Phase 1, South Horizons, Ap Lei Chau, Hong Kong SAR | | | 9,817 | |
| Robb Englin | 3183 Wilshire Blvd. Apt 530 Los Angeles, CA 90010 | | | 36,908 | |
| Rowland O'Flaherty | 3150 N Sheridan Rd 24B Chicago, IL 60657 | 7,000 | | | |

Lily Robotics, Inc.

<u>Exhibit A</u> -

Equity Security Holders

| Name | Address | Amount of Common Stock | Amount of Preferred Series A Stock | Outstanding Options | Warrants |
|---|---|---|---|---|---|
| Ryan Kelly | 362 Euclid Avenue Apt 402<br>Oakland, CA 94610 | | | 736 | |
| Scott Lahn | 540 Capp St. Apt 313<br>San Francisco, CA 94110 | | | 368 | |
| September Capital, Inc. | c/o Josef Ruef<br>PO Box 14726<br>San Francisco CA 94114<br>USA | | 1,227 | | |
| Sherpa Ventures Fund II, LP | 800 Market St, Ste 800<br>San Francisco, CA 94102 | | 4,909 | | |
| Silicon Valley Bank | 244 Havnover Street<br>Palo Alto, CA 94304 | | | | 10,000 |
| Slow Ventures III, LLC | 600 California Street, 12th Floor<br>San Francisco, CA 94108 | 32,835 | 5,088 | | |
| Spark Capital Founders' Fund IV, L.P. | Spark Capital<br>137 Newbury Street, 8th Floor<br>Boston, MA 02116 | | 4,811 | | |
| Spark Capital IV, L.P. | Spark Capital<br>137 Newbury Street, 8th Floor<br>Boston, MA 02116 | | 486,157 | | |
| Stanford-StartX Fund, LLC | Stanford Management Company<br>Attn: Direct Investments<br>635 Knight Way<br>Stanford, CA 94305-7297 | | 49,091 | | |
| SV Angel IV LP | 588 Sutter Street, #299<br>San Francisco CA 94102 | 43,390 | 5,217 | | |
| The Dorm Room Fund I, LP | 4040 Locust St.<br>Philadelphia PA 19104 | 14,018 | 1,007 | | |

Lily Robotics, Inc.

<u>Exhibit A</u> -
Equity Security Holders

| Name | Address | Amount of Common Stock | Amount of Preferred Series A Stock | Outstanding Options | Warrants |
|---|---|---|---|---|---|
| Ulises Rangel | 548 Oakside Ave, Apt 4<br>Redwood City, CA 94063 | | | 613 | |
| Upside Partnership I, L.P. | 35 Miller Avenue #233<br>Mill Valley, CA 94941 | 98,519 | 15,266 | | |
| Wes Huang | 31A North Building, Jingyuan Building, No. 42<br>Airong Road, Shekou, Nanshan, Shenzhen,<br>Guangdong, China. | | | 4,908 | |
| Will Winston | 2515 F st #6<br>Sacramento, CA 95816 | | | 368 | |
| Winklevoss Capital Fund, LLC | 30 W 24th Street<br>4th Floor<br>New York, NY 10010 | 42,791 | 5,349 | | |
| Ying Chen | 513 Central Ave Apt A<br>Mountain View, CA 94043 | | | 613 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **LILY ROBOTICS, INC.,**[1] | Case No. _____ (\_\_\_\_) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), other than a governmental unit, all corporation(s) that directly or indirectly own 10% or more of any class of the above-captioned debtor's equity interests are listed below:

| SHAREHOLDER | CLASS | EQUITY SECURITY% |
|---|---|---|
| Spark Capital IV, L.P. | Preferred Series A Stock | 11.4179% |

---

[1]    The last four digits of the Debtor's federal tax identification number are 8604. The Debtor's headquarters and mailing address is 374 Harriet Street, San Francisco, California 94103.

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name    Lily Robotics, Inc.

United States Bankruptcy Court for the: _____ District of    Delaware
(State)

Case number (*If known*):    _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [ ] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [ ] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [ ] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [ ] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [ ] *Schedule H: Codebtors* (Official Form 206H)
- [ ] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] Amended *Schedule* _____
- [x] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the* 30 *Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [x] Other document that requires a declaration   Corporate Ownership Statement & Equity Security Holders List

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/27/2017                    ✖ /s/ L. Spencer Wells
            MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                            L. Spencer Wells
                            Printed name

                            Director
                            Position or relationship to debtor

**LILY ROBOTICS, INC.**

**<u>SECRETARY'S CERTIFICATE</u>**

# LILY ROBOTICS, INC.

## SECRETARY'S CERTIFICATE

The undersigned, Antoine Balaresque, hereby certifies as follows:

1.       The undersigned is the duly elected Secretary of Lily Robotics, Inc., a Delaware corporation (the "***Company***").

2.       The Board of Directors of the Company (the "***Board***") has created a Special Committee and delegated its power and authority to the Special Committee to make any decision to, and to execute and implement, any of the strategic alternatives available to the Company, including, but not limited to, filing for bankruptcy under title 11 of chapter 11 of the United States Code, and implementing all related actions in connection thereto (including, without limitation, retaining professional advisors, such as counsel, financial advisors, and/or a Chief Restructuring Officer to the extent necessary to prepare for the Company for a wind down, bankruptcy or other relevant strategic alternatives).

3.       The Board has appointed Spencer Wells, a member of the Board, to serve as the sole member of the Special Committee.

4.       After consideration, the Special Committee has determined that it is desirable, in the best interests of, and fair, just and reasonable to, the Company, its stockholders, creditors, employees and other interested parties that a voluntary petition be filed by this Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code.

5.       The following resolutions were adopted by the Special Committee by an Action by Electronic Written Consent of the Special Committee of the Board of Directors effective as of February 20, 2017:

**Bankruptcy Filing**

**WHEREAS**, the Committee has considered the current and prospective financial and operational aspects of the Company's business and has reviewed the historical performance of the Company, the current and long-term liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses.

**WHEREAS**, the Committee has had the opportunity to consult with the management and the advisors of the Company.

**WHEREAS**, in the judgment of the sole member of the Committee, it is desirable, in the best interests of, and fair, just and reasonable to, the Company, its stockholders, creditors, employees and other interested parties that a voluntary petition be filed by this Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***").

**BE IT THEREFORE RESOLVED**, that Spencer Wells and such other person(s) that the Committee shall from time to time designate (each an "***Authorized Person***," and collectively, the "***Authorized Persons***"), acting alone or with one or more other Authorized Persons, be, and each hereby is, authorized and directed on behalf of this Company to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (or such other court as the Authorized Person may determine) in such form and at such time as the Authorized Person executing said petition on behalf of this Company shall determine; and it is further

**RESOLVED**, that the Authorized Persons or either one of them be, and each hereby is, authorized to execute, verify and file (or direct others to do so on their behalf as provided herein), on the Company's behalf and in the Company's name, all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, chapter 11 plans, including any modifications, supplements and/or amendments thereto, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals, and to take any and all action they deem necessary and proper in connection with the Chapter 11 case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Person or any other officer of the Company and any person retained by the Committee to seek relief under chapter 11 of the Bankruptcy Code for the Company and its subsidiaries or in connection with the administration of the Chapter 11 case, or any matters related thereto, hereby are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is further

## Further Actions and Prior Actions

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each of the Authorized Persons of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such Authorized Person's or Authorized Persons' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions adopted herein; and it is further

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified; and it is further

**RESOLVED**, that a copy of these resolutions of the Committee shall be filed with the minutes of the proceedings of the Board.

*[Signature Page Follows]*

The undersigned has executed this Certificate as an officer of the Company on February <u>20</u>, 2017

Antoine Balaresque
Secretary

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **LILY ROBOTICS, INC.**,[1] | Case No. 17-_____ |
| Debtor. | |

## CERTIFICATION OF DEBTOR'S CREDITOR MATRIX

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, a list of creditors of the above-captioned debtor and debtor in possession is filed by attachment hereto.

The List has been prepared from the Debtors' books and records. The undersigned certifies that the List contains the names and addresses of all creditors of the Debtor that could be ascertained after diligent inquiry based on a review of the Debtor's books and records, and is consistent with the information contained therein. The List does not include the Debtor's customers, who may also be creditors as a result of providing the Debtor with a prepaid deposit, because the Debtor does not currently have an accurate list of those customers. To the extent practicable, the List complies with Local Rule 1007-1(a). The Debtor reserves the right to amend or supplement the List as necessary, including supplementing the List with the customer-creditor information.

Although the information contained in the List is based on a review of the Debtor's books and records, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtor and its estate to any claims of the potential claimants included in the List. In addition, certain of the parties included in the List may not hold outstanding claims as of the date hereof and, therefore, may not be creditors of the Debtor and its estate for purposes of this chapter 11 case. Therefore, the List does not, and should not be deemed or otherwise construed to, constitute either (i) a waiver of any defenses of the Debtor and its estate to any claims that may be asserted against the Debtor and its estate or (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtor and its estate.

---

[1]    The last four digits of the Debtor's federal tax identification number are 8604. The Debtor's headquarters and mailing address is 374 Harriet Street, San Francisco, California 94103.

Lily Robotics, Inc.
Consolidated Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|------|----------|----------|----------|------|-------|------------|---------|
| Akin Gump Strauss Hauer & Feld, LLP | Attn: President or General Counsel | 1700 Pacific Avenue | Suite 4100 | Dallas | TX | 95201 | |
| B8ta, Inc. | Attn: President or General Counsel | 164 Townsend Street | Unit 4 | San Francisco | CA | 94107 | |
| Brad Bowery | Attn: Brad Bowery | 665 3rd Street | Suite 150 | San Francisco | CA | 94107 | |
| Bring It By Macro LLC | Attn: Rodrigo Cabanas | 1500 Park Avenue | Apt. 120 | Emeryville | CA | 94608 | |
| Chubb & Son | Attn: Ryan E. Taylor | P.O. Box 382001 | | Pittsburgh | PA | 15250-8001 | |
| City and County of San Francisco | Attn: George Gascon, District Attorney | Assistant District Attorneys | 732 Brannan Street | San Francisco | CA | 94103 | |
| Daiohs USA Inc. | Attn: President or General Counsel | 2423 Verna Court | | San Leandro | CA | 94577 | |
| Dina Zaarour | Attn: Dina Zaarour | 2717 Burlingview Drive | | Burlingame | CA | 94010 | |
| Eden Technology Services, Inc. | Attn: President or General Counsel | 54 Gilbert Street | | San Francisco | CA | 94103 | |
| eShares, Inc. | Attn: Accounting or Kristina Nguyen | 195 Page Mill Road | Suite 101 | Palo Alto | CA | 94306 | |
| Fenwick & West LLP | Attn: Sam Angus | Silicon Valley Center | 801 California Street | Mountain View | CA | 94041 | |
| Fifth Historic Properties LLC | Attn: Jill Helffenstein | 14 Mint Street | 5th Floor | San Francisco | CA | 94103 | |
| Interworld Translations Inc. | Attn: President or General Counsel | 4475 Mission Boulevard | Suite 232 | San Diego | CA | 92109 | |
| LinkedIn | Attn: President or General Counsel | 62228 Collections Center Drive | | Chicago | IL | 60693 | |
| Managed by Q San Francisco | Attn: President or General Counsel | 755 Brannan Street | | San Francisco | CA | 94105 | |
| Mann Consulting, LLC | Attn: Harold Mann | 282 Second Street | #400 | San Francisco | CA | 94105 | |
| Marcum LLP | Attn: President or General Counsel | One SE Third Avenue | Suite 1100 | Miami | FL | 33131 | |
| McMaster-Carr Supply Company | Attn: President or General Counsel | 600 N County Line Road | | Elmhurst | IL | 60126 | |
| Perkins Coie | Attn: Andrew Pettit | 1201 Third Avenue | 49th Floor | Seattle | WA | 98101-3099 | |
| Premier Staffing, Inc. | Attn: President or General Counsel | P.O. Box 398237 | | San Francisco | CA | 94139-8237 | |
| Quanta Laboratories | Attn: Robin Gardiner | 3199 De La Cruz Boulevard | | Santa Clara | CA | 95054 | |
| Renascent Associates LLC | Attn: Alan Pitney | P.O. Box 786 | | Hudson | OH | 44236 | |
| Silicon Valley Bank | Attn: Jay Wefel | 244 Havnover Street | | Palo Alto | CA | 94304 | |
| Stratasys, Inc. | Attn: Kelly Larsen | 7665 Commerce Way | | Eden Prairie | MN | 55344 | |
| Teknique | Attn: Ben Bodley | Teknique 5D, 331 Rosedale Road | P.O. Box 300622 | Albany, Auckland | | 752 | New Zealand |
| Thinkstep | Attn: Aidan Turnbull | Lloyds Bank plc | 25 Gresham Street | London | | EC2V 7HN | United Kingdom |
| Thomsen And Burke LLP | Attn: President or General Counsel | 2 Hamill Road | Suite 415 | Baltimore | MD | 21210 | |
| Tooploox | Attn: Paweł Solyga | Teczowa 7, 53-601 | | Wroclaw | | | Poland |
| True Capital Partner, LLC | Attn: Josh Withers | 56 N Haddon Avenue | | Haddonfield | NJ | 08033 | |
| Weifang GoerTek Electronics Co., Ltd. | Attn: Kevin He | Gaoxin 2 Road, Free Trade Zone | | Weifang | Shandong | | China |

**Fill in this information to identify the case and this filing:**

Debtor Name _Lily Robotics, Inc._

United States Bankruptcy Court for the: _____  District of _Delaware_
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration__Creditor Matrix_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2/27/2017_            ✖ /s/ L. Spencer Wells _____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        L.Spencer Wells _____
                                        Printed name

                                        Director _____
                                        Position or relationship to debtor