**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LILY ROBOTICS, INC.,<br><br>                             Debtor. | Chapter 11<br><br>Case No. 17-10426 (KJC) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Rule 9010-1 and the certification below, counsel hereby moves the admission pro hac vice of Alexander G. Rheaume to represent Silicon Valley Bank, as proposed debtor-in-possession financing lender in the above-captioned case.

Dated: February 27, 2017                                **ASHBY & GEDDES, P.A.**

                                                                       */s/ Gregory A. Taylor*
                                                                       Gregory A. Taylor (#4008)
                                                                       500 Delaware Avenue, 8th Floor
                                                                       Wilmington, DE 19801
                                                                       Telephone: (302) 654-1888

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and the State of New York and New Hampshire, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                                       */s/ Alexander G. Rheaume*
                                                                       Alexander G. Rheaume, Esq.
                                                                       RIEMER & BRAUNSTEIN LLP
                                                                       Three Center Plaza, Suite 600
                                                                       Boston, Massachusetts 02108
                                                                       Tel: (617) 880-3492
                                                                       Email: Arheaume@riemerlaw.com

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.