**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Lily Robotics, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 17-10426 (KJC) |

**NOTICE OF APPEARANCE AND DEMAND**
**FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance as counsel to Spark Capital IV, LP ("Spark Capital"), in the above-captioned chapter 11 case (the "Bankruptcy Case"), and pursuant to, *inter alia,* Rules 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that all notices given and all papers served or required to be served in the Bankruptcy Cases be given to and served upon:

| | |
|---|---|
| Ronald S. Gellert, Esquire<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5800<br>Facsimilie: (302) 425-5814<br>Email: rgellert@gsbblaw.com | John G. Loughnane, Esquire<br>Nutter McClennen & Fish LLP<br>135 Seaport Boulevard<br>Boston, MA 02210<br>Telephone: (617) 439-2521<br>Facsimile: (617) 310-9521<br>Email: jloughnane@nutter.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Bankruptcy Cases, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Service of Papers shall not be construed as an appointment of any person or entity as authorized agent of Spark Capital, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Spark Capital's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Spark Capital, is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: February 27, 2017       GELLERT SCALI BUSENKELL &
Wilmington, Delaware             BROWN, LLC

                                                     */s/ Ronald S. Gellert*
                                                     Ronald S. Gellert (Del. Bar No. 4259)
                                                     1201 N. Orange St., Suite 300
                                                     Wilmington, DE 19801
                                                     Telephone: (302) 425-5800
                                                     Facsimile: (302) 425-5814
                                                     Email: rgellert@gsbblaw.com

                                                     -and-

John G. Loughnane, Esquire
(Pro hac Vice   Pending)
135 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 439-2521
Facsimile: (617) 310-9521
Email: jloughnane@nutter.com

*Attorneys for Spark Capital IV, LP*