IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lily Robotics, Inc.,<br><br>                Debtor. | Chapter 11<br><br>Case No.: 17-10426 (KJC) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *Pro Hac vice* of John G. Loughnane, Esquire to represent Spark Capital IV, LP.

Dated: February 27, 2017                     **GELLERT SCALI BUSENKELL & BROWN, LLC**
                                                                 */s/ Ronald S. Gellert*
                                                                  Ronald S. Gellert (DE Bar No. 4259)
                                                                  1201 North Orange Street, Suite 300
                                                                  Wilmington, DE 19801
                                                                  Telephone: (302) 425-5806
                                                                  Email: rgellert@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Massachusetts and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund effective 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                                                 John G. Loughnane, Esquire
                                                 Nutter McClennen & Fish LLP
                                                 135 Seaport Boulevard
                                                 Boston, MA 02210
                                                 Telephone: (617) 439-2521
                                                 Facsimile: (617) 310-9521
                                                 Email: jloughnane@nutter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.