**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LILY ROBOTICS, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10426 (KJC) |

## AFFIDAVIT OF SERVICE

I, Kadeem Champagnie, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On March 6, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Motion of the Debtor for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 47]

- Motion of the Debtor for Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business [Docket No. 48]

- Debtor's Application for an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Counsel to the Debtor, *nunc pro tunc* to the Petition Date [Docket No. 49]

- Debtor's Application for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware Bankruptcy Co-Counsel for the Debtor, *nunc pro tunc* to the Petition Date [Docket No. 50]

- Debtor's Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *nunc pro tunc* to the Petition Date [Docket No. 51]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of the Debtor's federal tax identification number are 8604. The Debtor's headquarters and mailing address is 374 Harriet Street, San Francisco, California 94103.

Dated: March 9, 2017

_____
Kadeem Champagnie

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 9, 2017, by Kadeem Champagnie, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | Akin Gump Strauss Hauer & Feld, LLP | Attn: President or General Counsel<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas TX 95201 | smcnish@akingump.com | First Class Mail and Email |
| Counsel to Silicon Valley Bank | Ashby & Geddes, PA | Attn: Gregory A. Taylor<br>500 Delaware Ave., 8th Floor<br>PO Box 1150<br>Wilmington DE 19899-1150 | GTaylor@ashby-geddes.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | B8ta, Inc. | Attn: President or General Counsel<br>164 Townsend Street<br>Unit 4<br>San Francisco CA 94107 | accounting@b8ta.com | First Class Mail and Email |
| Counsel to Weifang GoerTek Electronics Co., Ltd. | Bayard, P.A. | Attn: Scott D. Cousins, Evan T. Miller<br>222 Delaware Avenue<br>Suite 900<br>Wilmington DE 19801 | scousins@bayardlaw.com<br>emiller@bayardlaw.com | Email |
| Top 30 Unsecured Creditor | Brad Bowery | Attn: President or General Counsel<br>665 3rd Street<br>Suite 150<br>San Francisco CA 94107 | bradbowery@gmail.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Bring It By Macro LLC | Attn: President or General Counsel<br>1500 Park Avenue<br>Apt. 120<br>Emeryville CA 94608 | accounting@bringitps.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Chubb & Son | Attn: President or General Counsel<br>P.O. Box 382001<br>Pittsburgh PA 15250-8001 | | First Class Mail |
| Top 30 Unsecured Creditor | City and County of San Francisco | Attn: George Gascon, District Attorney, Assistant District Attorneys<br>850 Bryant Street, Room 322<br>San Francisco CA 94103 | districtattorney@sfgov.org | First Class Mail and Email |
| Top 30 Unsecured Creditor | Daiohs USA Inc. | Attn: President or General Counsel<br>2423 Verna Court<br>San Leandro CA 94577 | oakach@firstchoiceservices.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept.<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French St.<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn:  Bankruptcy Dept.<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Top 30 Unsecured Creditor | Dina Zaarour | Attn: President or General Counsel<br>2717 Burlingview Drive<br>Burlingame CA 94010 | dina.zaarour@gmail.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Eden Technology Services, Inc. | Attn: President or General Counsel<br>54 Gilbert Street<br>San Francisco CA 94103 | lexi@eden.io | First Class Mail and Email |
| Top 30 Unsecured Creditor | eShares, Inc. | Attn: Accounting<br>195 Page Mill Road<br>Suite 101<br>Palo Alto CA 94306 | | First Class Mail |
| Top 30 Unsecured Creditor | Fenwick & West LLP | Attn: President or General Counsel<br>Silicon Valley Center<br>801 California Street<br>Mountain View CA 94041 | accountsreceivable@fenwick.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Fifth Historic Properties LLC | Attn: President or General Counsel<br>14 Mint Street<br>5th Floor<br>San Francisco CA 94103 | kurtis@martinbuilding.com | First Class Mail and Email |
| Counsel to Spark Capital | Gellert Scali Busenkell & Brown LLC | Attn: Ronald S. Gellert<br>1201 N. Orange Street<br>3rd Floor<br>Wilmington DE 19801 | rgellert@gsbblaw.com | First Class Mail and Email |
| Counsel to Spark Capital IV, LP | Gellert Scali Busenkell & Brown, LLC | Attn: Ronald S. Gellert, Esquire<br>1201 North Orange Street<br>Suite 300<br>Wilmington DE 19801 | rgellert@gsbblaw.com | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | Interworld Translations Inc. | Attn: President or General Counsel<br>4475 Mission Boulevard<br>Suite 232<br>San Diego CA 92109 | lchehov@iwtservices.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Linkedin | Attn: President or General Counsel<br>62228 Collections Center Drive<br>Chicago IL 60693 | ar-receipts@linkedin.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Managed by Q San Francisco | Attn: President or General Counsel<br>755 Brannan Street<br>San Francisco CA 94105 | clesko@managedbyq.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Mann Consulting, LLC | Attn: President or General Counsel<br>282 Second Street<br>#400<br>San Francisco CA 94105 | invoices@mann.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Marcum LLP | Attn: President or General Counsel<br>One SE Third Avenue<br>Suite 1100<br>Miami FL 33131 | michele.hodge@marcumllp.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | McMaster-Carr Supply Company | Attn: President or General Counsel<br>600 N County Line Road<br>Elmhurst IL 60126 | check.input@mcmaster.com | First Class Mail and Email |
| Counsel to Spark Capital IV, LP | Nutter McClennen & Fish LLP | Attn: John G. Loughnane, Esquire<br>135 Seaport Boulevard<br>Boston MA 02210 | jloughnane@nutter.com | First Class Mail and Email |
| Counsel to Spark Capital | Nutter, McClennen & Fish LLP | Attn: John G. Loughnane<br>Seaport West<br>155 Seaport Blvd.<br>Boston MA 02210 | jloughnane@nutter.com | First Class Mail and Email |
| US Department of Justice | Office of the United States Trustee | Attn: Mark Kenney<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | First Class Mail and Email |
| Top 30 Unsecured Creditor | Perkins Coie | Attn: President or General Counsel<br>1201 Third Avenue<br>49th Floor<br>Seattle WA 98101-3099 | eandrei@perkinscoie.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Premier Staffing, Inc. | Attn: President or General Counsel<br>P.O. Box 398237<br>San Francisco CA 94139-8237 | ar@pstaffing.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | Quanta Laboratories | Attn: President or General Counsel<br>3199 De La Cruz Boulevard<br>Santa Clara CA 95054 | quantalabs@quantalabs.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Renascent Associates LLC | Attn: President or General Counsel<br>P.O. Box 786<br>Hudson OH 44236 | alan.pitney@renascentassociates.com | First Class Mail and Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander G. Rheaume<br>Three Center Plaza<br>Suite 600<br>Boston MA 02108 | arheaume@riemerlaw.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F. Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>SECBankruptcy-OGC-ADO@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept.<br>One Penn Center<br>1617 JFK Boulvard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Secured Creditor | Silicon Valley Bank | Attn: Jay Wefel<br>244 Havnover Street<br>Palo Alto CA 94304 | | First Class Mail |
| California Attorney General | State of California Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | First Class Mail and Email |
| Top 30 Unsecured Creditor | Stratasys, Inc. | Attn: President or General Counsel<br>Stratasys<br>7665 Commerce Way<br>Eden Prairie MN 55344 | accounts.receivable@stratasys.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Teknique | Attn: President or General Counsel<br>Teknique 5D, 331 Rosedale Road<br>P.O. Box 300622<br>Albany Auckland 752 New Zealand | ben@teknique.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Thinkstep | Attn: President or General Counsel<br>Lloyds Bank plc<br>25 Gresham Street<br>London GB EC2V 7HN United Kingdom | support@ec4p.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | Thomsen And Burke LLP | Attn: President or General Counsel<br>2 Hamill Road<br>Suite 415<br>Baltimore MD 21210 | terri@t-b.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Tooploox | Attn: President or General Counsel<br>Teczowa 7, 53-601<br>Wroclaw Poland | pawel@tooploox.com | First Class Mail and Email |
| Counsel to Weifang GoerTek Electronics Co., Ltd. | Troutman Sanders LLP | Attn: Mitchel H. Perkiel, Brett D. Goodman<br>875 Third Avenue<br>New York NY 10022 | mitchel.perkiel@troutmansanders.com<br>brett.goodman@troutmansanders.com | Email |
| Top 30 Unsecured Creditor | True Capital Partner, LLC | Attn: President or General Counsel<br>56 N Haddon Avenue<br>Haddonfield NJ 08033 | finance@thetruecapital.com | First Class Mail and Email |
| Interested Party | Unified Accounting & Tax, LLP | Attn: Harold Kinoshita<br>1308 Wisteria Drive<br>Fremont CA 94539 | | First Class Mail |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange Street, Suite 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| US Attorney for Northern District of California | US Attorney for Northern District of California | Attn: Brian Stretch<br>Federal Courthouse<br>450 Golden Gate Ave, 11th Fl.<br>San Francisco CA 94102 | brian.stretch@usdoj.gov | First Class Mail and Email |
| Top 30 Unsecured Creditor | Weifang GoerTek Electronics Co., Ltd. | Attn: President or General Counsel<br>Gaoxin 2 Road, Free Trade Zone<br>Weifang Shandong 261205 China | | First Class Mail |