# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

LILY ROBOTICS, INC.,

          Debtor.[1]

Chapter 11

Case No. 17-10426 (KJC)

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 27, 2017 AT 11:00 A.M. (EASTERN TIME)[3]

MATTERS UNDER CERTIFICATION

1. Motion Of The Debtor For Entry Of Interim And Final Orders Authorizing (A) The Debtor To Honor Prepetition Employee Wages, And Contributions To Employee Programs; (B) The Debtor To Continue Employee Programs In The Ordinary Course Of Business; And (C) The Debtor, Banks, And Other Financial Institutions To Comply With Procedures Relating Thereto (D.I. 5, Filed 2/27/17).

    <u>Objection Deadline</u>:  March 20, 2017 at 4:00 p.m. (ET).

    <u>Responses Received</u>:  None.

    <u>Related Pleadings</u>:

    a) Interim Order Granting Motion Of The Debtor For Entry Of Interim And Final Orders Authorizing (A) The Debtor To Honor Prepetition Employee Wages, And Contributions To Employee Programs; (B) The Debtor To Continue Employee Programs In The Ordinary Course Of Business; And (C) The Debtor, Banks, And Other Financial Institutions To Comply With Procedures Relating Thereto (D.I. 28, Entered 2/28/17);

    b) Notice Of Hearing Re: D.I. 5 And 28 (D.I. 34, Filed 2/28/17);

---

[1] The last four digits of the Debtor's federal tax identification number are 8604. The Debtor's headquarters and mailing address is 374 Harriet Street, San Francisco, California 94103.

[2] **Modifications to the Notice of Agenda of Matters are indicated in bold text.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

c) Declaration Of Curtis G. Solsvig III To Supplement The Declaration Of Curtis G. Solsvig III In Support Of Debtor's Chapter 11 Petition And First Day Relief And In Support Of The Motion Of The Debtor For Entry Of Interim And Final Orders Authorizing (A) The Debtor To Honor Prepetition Employee Wages, And Contributions To Employee Programs; (B) The Debtor To Continue Employee Programs In The Ordinary Course Of Business; And (C) The Debtor, Banks, And Other Financial Institutions To Comply With Procedures Relating Thereto (D.I. 90, Filed 3/23/17);

d) Certification Of Counsel Regarding Final Order Granting Motion Of The Debtor For Entry Of Interim And Final Orders Authorizing (A) The Debtor To Honor Prepetition Employee Wages, And Contributions To Employee Programs; (B) The Debtor To Continue Employee Programs In The Ordinary Course Of Business; And (C) The Debtor, Banks, And Other Financial Institutions To Comply With Procedures Relating Thereto (D.I. 92, Filed 3/23/17); and

e) Proposed Form Of Order.

Status: A revised form of order has been filed under certification.

2. Motion Of The Debtor For Entry Of Interim And Final Orders Authorizing The Debtor To Pay Certain Prepetition Taxes And Fees (D.I. 6, Filed 2/27/17).

Objection Deadline: March 20, 2017 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a) Interim Order Authorizing The Debtor to Pay Certain Prepetition Taxes And Fees (D.I. 29, Entered 2/28/17);

b) Notice Of Hearing Re: D.I. 6 And 29 (D.I. 39, Filed 2/28/17);

c) Certificate Of No Objection Regarding Motion Of The Debtor For Entry Of Interim And Final Orders Authorizing The Debtor To Pay Certain Prepetition Taxes And Fees (D.I. 78, Filed 3/21/17); and

d) Proposed Form Of Order.

Status: A certificate of no objection has been filed.

3. Motion Of The Debtor For Interim And Final Orders (A) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Service; (B) Deeming Utilities Adequately Assured Of Payment; And (C) Establishing Procedures For Determining Requests For Additional Adequate Assurance Of Payment (D.I. 7, Filed 2/27/17).

Objection Deadline: March 20, 2017 at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:

a) Interim Order Granting Motion Of The Debtor For Interim And Final Orders (A) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Service; (B) Deeming Utilities Adequately Assured Of Payment; And (C) Establishing Procedures For Determining Requests For Additional Adequate Assurance Of Payment (D.I. 30, Entered 2/28/17); and

b) Notice Of Hearing Re: D.I. 7 And 30 (D.I. 38, Filed 2/28/17);

c) Certificate Of No Objection Regarding Motion Of The Debtor For Interim And Final Orders (A) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Service; (B) Deeming Utilities Adequately Assured Of Payment; And (C) Establishing Procedures For Determining Requests For Additional Adequate Assurance Of Payment (D.I. 82, Filed 3/21/17); and

d) Proposed Form Of Order.

<u>Status</u>:  A certificate of no objection has been filed.

4. Debtor's Application For An Order, Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code (I) Authorizing The Debtor To Retain Goldin Associates, LLC To Provide Chief Restructuring Officer And Related Services, *Nunc Pro Tunc* To The Petition Date And (II) Approving The Agreement Related Thereto (D.I. 9, Filed 2/27/17).

<u>Objection Deadline</u>:  March 20, 2017 at 4:00 p.m. (ET).

<u>Responses Received</u>:  Informal comments received from the Office of the U.S. Trustee.

<u>Related Pleadings</u>:

a) Notice Of Hearing On Debtor's Application For An Order, Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code (I) Authorizing The Debtor To Retain Goldin Associates, LLC To Provide Chief Restructuring Officer And Related Services, *Nunc Pro Tunc* To The Petition Date And (II) Approving The Agreement Related Thereto (D.I. 36, Filed 2/28/17); and

b) Certification Of Counsel Regarding Order Approving Debtor's Application For An Order, Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code (I) Authorizing The Debtor To Retain Goldin Associates, LLC To Provide Chief Restructuring Officer And Related Services, *Nunc Pro Tunc* To The Petition Date And (II) Approving The Agreement Related Thereto (D.I. 84, Filed 3/21/17);

c) **Order Approving Debtor's Application For An Order, Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code (I) Authorizing The Debtor To Retain Goldin Associates, LLC To Provide Chief Restructuring Officer And**

    **Related Services, *Nunc Pro Tunc* To The Petition Date And (II) Approving The Agreement Related Thereto (D.I. 94, Entered 3/23/17) .**

    Status: **An order has been signed. No hearing is necessary.**

5. Motion For Entry Of An Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Retained Professionals (D.I. 47, Filed 3/6/17).

    Objection Deadline: March 20, 2017 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    a) Certificate Of No Objection Regarding Motion For Entry Of An Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Retained Professionals (D.I. 81, Filed 3/21/17); and

    b) Proposed Form Of Order.

    Status: A certificate of no objection has been filed.

6. Debtor's Motion For Order Authorizing The Employment And Payment Of Professionals Used In The Ordinary Course Of Business (D.I. 48, Filed 3/6/17).

    Objection Deadline: March 20, 2017 at 4:00 p.m. (ET).

    Responses Received: Informal comments received from the Office of the U.S. Trustee.

    Related Pleadings:

    a) Certification Of Counsel Regarding Order Authorizing The Employment And Payment Of Professionals Used In The Ordinary Course Of Business (D.I. 91, Filed 3/23/17);

    b) Proposed Form Of Order.

    Status: A revised form of order has been filed under certification.

7. Debtor's Application For An Order Authorizing The Retention And Employment Of Orrick, Herrington & Sutcliffe LLP As Counsel To The Debtor, *Nunc Pro Tunc* To The Petition Date (D.I. 49, Filed 3/6/17).

    Objection Deadline: March 20, 2017 at 4:00 p.m. (ET).

    Responses Received: None.

Related Pleadings:

a)     Certificate Of No Objection Regarding Debtor's Application For An Order Authorizing The Retention And Employment Of Orrick, Herrington & Sutcliffe LLP As Counsel To The Debtor, *Nunc Pro Tunc* To The Petition Date (D.I. 79, Filed 3/21/17); and

b)     Proposed Form Of Order.

Status: A certificate of no objection has been filed.

8. Debtor's Application For Entry Of An Order Under 11 U.S.C. §§ 327(a), 328(a), And 1107(b), Fed. R. Bankr. P. 2014 And 2016, And Del. Bankr. L.R. 2014-1 And 2016-1, Authorizing Retention And Employment Of Morris, Nichols, Arsht & Tunnell LLP As Delaware Bankruptcy Co-Counsel For The Debtor, *Nunc Pro Tunc* To The Petition Date (D.I. 50, Filed 3/6/17).

Objection Deadline: March 20, 2017 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a)     Certificate Of No Objection Regarding Debtor's Application For Entry Of An Order Under 11 U.S.C. §§ 327(a), 328(a), And 1107(b), Fed. R. Bankr. P. 2014 And 2016, And Del. Bankr. L.R. 2014-1 And 2016-1, Authorizing Retention And Employment Of Morris, Nichols, Arsht & Tunnell LLP As Delaware Bankruptcy Co-Counsel For The Debtor, *Nunc Pro Tunc* To The Petition Date (D.I. 80, Filed 3/21/17); and

b)     Proposed Form Of Order.

Status: A certificate of no objection has been filed.

9. Debtor's Application For An Order Authorizing Employment And Retention Of Prime Clerk LLC As Administrative Advisor *Nunc Pro Tunc* To The Petition Date (D.I. 51, Filed 3/6/17).

Objection Deadline: March 20, 2017 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a)     Certificate Of No Objection Regarding Debtor's Application For An Order Authorizing Employment And Retention Of Prime Clerk LLC As Administrative Advisor *Nunc Pro Tunc* To The Petition Date (D.I. 83, Filed 3/21/17); and

b)     Proposed Form Of Order.

Status: A certificate of no objection has been filed.

CONTESTED MATTERS GOING FORWARD

10. Motion Of The Debtor For Entry Of Interim And Final Orders (A) Authorizing The Continued Use Of Its Existing Cash Management System, Including The Maintenance Of Bank Accounts And Existing Business Forms And Checks; And (B) Waiving Certain U.S. Trustee Requirements And The Requirements Of 11 U.S.C. § 345(b) (D.I. 4, Filed 2/27/17).

 Objection Deadline: March 20, 2017 at 4:00 p.m. (ET).

 Responses Received:

 a) Weifang GoerTek Electronics Co. Ltd.'s Limited Objection To Motion Of The Debtor For Entry Of Interim And Final Orders (A) Authorizing The Continued Use Of Its Existing Cash Management System, Including The Maintenance Of Bank Accounts And Existing Business Forms And Checks; And (B) Waiving Certain U.S. Trustee Requirements And The Requirements Of 11 U.S.C. § 345(b) (D.I. 74, Filed 3/20/17);

 b) Debtor's Omnibus Reply To Weifang Goertek Electronics Co. Ltd.'s Limited Objections (D.I. 87, Filed 3/22/17).

 Related Pleadings:

 a) Interim Order (A) Authorizing The Continued Use Of Its Existing Cash Management System, Including The Maintenance Of Bank Accounts And Existing Business Forms And Checks; And (B) Waiving Certain U.S. Trustee Requirements And The Requirements Of 11 U.S.C. § 345(b) (D.I. 27, Entered 2/28/17); and

 b) Notice Of Hearing Re: D.I. 4 And 27 (D.I. 37, Filed 2/28/17).

 Status: **This matter has been adjourned to the hearing on April 25, 2017 at 3:00 p.m. (ET).**

11. Motion Of The Debtor For Interim Order Pursuant To 11 U.S.C. §§ 361 And 363: (I) Authorizing Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, And (IV) Granting Related Relief (D.I. 8, Filed 2/27/17).

 Objection Deadline: March 20, 2017 at 4:00 p.m. (ET).

 Responses Received:

 a) Limited Objection To Motion For Entry Of Final Order (I) Authorizing Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, And (IV) Granting Related Relief, And To Motion For Entry Of

    Interim And Final Orders (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III) Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 73, Filed 3/20/17);

 b) Weifang GoerTek Electronics Co. Ltd.'s Limited Objection To Motion Of The Debtor For Interim Order Pursuant To 11 U.S.C. §§ 361 And 363: (I) Authorizing Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, And (IV) Granting Related Relief (D.I. 75, Filed 3/20/17);

 c) Debtor's Reply To Limited Objection Of Fifth Historic Properties, LLC To Motion For Entry Of Final Order (I) Authorizing Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, And (IV) Granting Related Relief, And To Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III) Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 86, Filed 3/22/17);

 d) Debtor's Omnibus Reply To Weifang Goertek Electronics Co. Ltd.'s Limited Objections (D.I. 87, Filed 3/22/17)**; and**

 **e)** **Objection Of The Official Committee Of Unsecured Creditors To Debtor's Cash Collateral And DIP Financing Motions (D.I. 101, Filed 3/26/17).**

Related Pleadings:

 a) Interim Order (I) Authorizing Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, And (IV) Granting Related Relief (D.I. 31, Entered 2/28/17); and

 b) Notice Of Hearing Re: D.I. 8 And 31 (D.I. 40, Filed 2/28/17).

Status: This matter is going forward.

12. Motion Of The Debtor For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, And 507, Bankruptcy Rules 2002, 4001, 6004, And 9014, And Local Rule 4001-2 (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III) Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 10, Filed 2/27/17).

Objection Deadline: March 20, 2017 at 4:00 p.m. (ET).

Responses Received:

a) Limited Objection To Motion For Entry Of Final Order (I) Authorizing Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, And (IV) Granting Related Relief, And To Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III) Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 73, Filed 3/20/17);

b) Weifang GoerTek Electronics Co. Ltd.'s Limited Objection To Motion Of The Debtor For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, And 507, Bankruptcy Rules 2002, 4001, 6004, And 9014, And Local Rule 4001-2 (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III) Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 76, Filed 3/20/17);

c) Debtor's Reply To Limited Objection Of Fifth Historic Properties, LLC To Motion For Entry Of Final Order (I) Authorizing Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, And (IV) Granting Related Relief, And To Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III) Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 86, Filed 3/22/17);

d) Debtor's Omnibus Reply To Weifang Goertek Electronics Co. Ltd.'s Limited Objections (D.I. 87, Filed 3/22/17)**; and**

e) **Objection Of The Official Committee Of Unsecured Creditors To Debtor's Cash Collateral And DIP Financing Motions (D.I. 101, Filed 3/26/17).**

Related Pleadings:

a) Notice Of Hearing On Motion Of The Debtor For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, And 507, Bankruptcy Rules 2002, 4001, 6004, And 9014, And Local Rule 4001-2 (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III) Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 35, Filed 2/28/17);

b) Notice Of Filing Of Postpetition Loan Agreement (D.I. 66, Filed 3/14/17); and

c) Notice Of Filing Of Revised Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, And 507, Bankruptcy Rules 2002, 4001, 6004, And 9014, And Local Rule 4001-2 (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III) Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 89, Filed 3/22/17).

<u>Status</u>: This matter is going forward.

Dated: March 26, 2017

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: <u>/s/ Marcy J. McLaughlin</u>
Robert J. Dehney (DE Bar No. 3578)
Andrew R. Remming (DE Bar No. 5120)
Marcy J. McLaughlin (DE Bar No. 6184)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
E-mail: rdehney@mnat.com
aremming@mnat.com
mmclaughlin@mnat.com

*-and-*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Douglas S. Mintz (admitted *pro hac vice*)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
E-mail: dmintz@orrick.com
Laura Metzger (admitted *pro hac vice*)
Jennifer Asher (admitted *pro hac vice*)
51 West 52nd Street
New York, N.Y. 10019
Telephone: (212) 506-5000
E-mail: lmetzger@orrick.com
jasher@orrick.com

*Proposed Counsel for the Debtor and Debtor in Possession*