**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

LILY ROBOTICS, INC.,

                Debtor.[1]

Chapter 11

Case No. 17-10426 (KJC)

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 25, 2017 AT 3:00 P.M. (EASTERN TIME)[3]

<u>ADJOURNED/RESOLVED MATTERS</u>

1.      Motion Of The Debtor For Entry Of Interim And Final Orders (A) Authorizing The Continued Use Of Its Existing Cash Management System, Including The Maintenance Of Bank Accounts And Existing Business Forms And Checks; And (B) Waiving Certain U.S. Trustee Requirements And The Requirements Of 11 U.S.C. § 345(b) (D.I. 4, Filed 2/27/17).

      <u>Objection Deadline</u>:  March 20, 2017 at 4:00 p.m. (ET), extended to May 5, 2017 at 4:00 p.m. (ET) for the Committee only.

      <u>Responses Received</u>:

      a)      Weifang GoerTek Electronics Co. Ltd.'s Limited Objection To Motion Of The Debtor For Entry Of Interim And Final Orders (A) Authorizing The Continued Use Of Its Existing Cash Management System, Including The Maintenance Of Bank Accounts And Existing Business Forms And Checks; And (B) Waiving Certain U.S. Trustee Requirements And The Requirements Of 11 U.S.C. § 345(b) (D.I. 74, Filed 3/20/17);

      b)      Debtor's Omnibus Reply To Weifang Goertek Electronics Co. Ltd.'s Limited Objections (D.I. 87, Filed 3/22/17).

---

[1]    The last four digits of the Debtor's federal tax identification number are 8604. The Debtor's headquarters and mailing address is 374 Harriet Street, San Francisco, California 94103.

[2]    **Amended items appear in bold.**

[3]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

Related Pleadings:

a)    Interim Order (A) Authorizing The Continued Use Of Its Existing Cash Management System, Including The Maintenance Of Bank Accounts And Existing Business Forms And Checks; And (B) Waiving Certain U.S. Trustee Requirements And The Requirements Of 11 U.S.C. § 345(b) (D.I. 27, Entered 2/28/17);

b)    Notice Of Hearing On Motion Of The Debtor For Entry Of Interim And Final Orders (A) Authorizing The Continued Use Of Its Existing Cash Management System, Including The Maintenance Of Bank Accounts And Existing Business Forms And Checks; And (B) Waiving Certain U.S. Trustee Requirements And The Requirements Of 11 U.S.C. § 345(b) (D.I. 102, Filed 3/26/17); and

c)    Order Regarding The Extension Of Certain Objection And Reply Deadlines (D.I. 162, Entered 4/12/17).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for May 10, 2017 at 11:00 a.m. (ET).

2.    Motion Of The Debtor For An Order Under Bankruptcy Code Sections 105(a), 363(b), And 507(a) Authorizing The Debtor To Administer And To Continue Refunds Of Prepetition Customer Pre-Order Funds And To Effectuate Related Procedures (D.I. 57, Filed 3/13/17).

Objection Deadline:  March 27, 2017 at 4:00 p.m. (ET), extended to May 10, 2017 at 4:00 p.m. (ET) for the Committee only.

Responses Received:

a)    Letter response of Elton Marvin, Jr. (D.I. 125, Filed 3/30/17); and

b)    Objection to Motion Of The Debtor For An Order Under Bankruptcy Code Sections 105(a), 363(b), And 507(a) Authorizing The Debtor To Administer And To Continue Refunds Of Prepetition Customer Pre-Order Funds And To Effectuate Related Procedures And Notice of Address Change Filed by Obi Ikemefuna (D.I. 171, Filed 4/17/17).

Related Pleadings: None.

Status:  The hearing on this matter has been adjourned to the hearing scheduled for May 23, 2017 at 10:00 a.m. (ET).

3.    Debtor's Motion To File Under Seal Portions Of Its Creditor Matrix Containing Certain Customer Information (D.I. 61, Filed 3/13/17).

Objection Deadline:  March 27, 2017 at 4:00 p.m. (ET), extended to May 16, 2017 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received: None.

Related Pleadings:

a)      [UNREDACTED] Certification Of Debtor's Creditor Matrix (D.I. 62, Filed 3/13/17); and

b)      [REDACTED] Certification Of Debtor's Creditor Matrix (D.I. 63, Filed 3/13/17).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for May 23, 2017 at 10:00 a.m. (ET).

4.      Motion Of The Debtor For The Entry Of An Order (I) Approving Sale Procedures Of *De Minimis* Assets Free And Clear Of Liens, Claims, Interests And Encumbrances, (II) Authorizing The Abandonment Or Storage Of Unsold *De Minimis* Assets, And (III) Authorizing Debtor To Enter Into Lease For Storage Of *De Minimis* Assets Without Further Order From The Court (D.I. 124, Filed 3/27/17).

Objection Deadline:  April 12, 2017 at 4:00 p.m. (ET), extended to April 20, 2017 at 4:00 p.m. (ET) for the Committee.

Responses Received: None.

Related Pleadings:

a)      Order Regarding The Extension Of Certain Objection And Reply Deadlines (D.I. 162, Entered 4/12/17); and

b)      Order Approving Motion Of The Debtor For The Entry Of An Order (I) Approving Sale Procedures Of *De Minimis* Assets Free And Clear Of Liens, Claims, Interests And Encumbrances, (II) Authorizing The Abandonment Or Storage Of Unsold *De Minimis* Assets, And (III) Authorizing Debtor To Enter Into Lease For Storage Of *De Minimis* Assets Without Further Order From The Court (D.I. 167, Entered 4/13/17).

Status:  An order has been entered resolving this matter.

MATTERS UNDER CERTIFICATION

5.      Motion Of The Debtor For Entry Of Interim And Final Orders Authorizing The Debtor To Pay Certain Prepetition Taxes And Fees (D.I. 6, Filed 2/27/17).

Objection Deadline:  March 20, 2017 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

3

a)      Interim Order Authorizing The Debtor To Pay Certain Prepetition Taxes And Fees (D.I. 29, Entered 2/28/17);

b)      Certificate Of No Objection Regarding Motion Of The Debtor For Entry Of Interim And Final Orders Authorizing The Debtor To Pay Certain Prepetition Taxes And Fees (D.I. 78, Filed 3/21/17); and

c)      Proposed Form Of Order.

Status:  A certificate of no objection has been filed.

6.      Motion Of Debtor And Debtor In Possession For Entry Of An Order Extending The Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 59, Filed 3/13/17).

Objection Deadline:  March 27, 2017 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a)      Certificate Of No Objection Regarding Motion Of Debtor And Debtor In Possession For Entry Of An Order Extending The Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 183, Filed 4/20/17); and

b)      Proposed Form Of Order.

Status:  A certificate of no objection has been filed.

7.      Application Of The Official Committee Of Unsecured Creditors For An Order Authorizing And Approving The Employment And Retention Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors Effective As Of March 23, 2017 (D.I. 135, Filed 3/31/17).

Objection Deadline:  April 18, 2017 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a)      Certificate Of No Objection Regarding Application Of The Official Committee Of Unsecured Creditors For An Order Authorizing And Approving The Employment And Retention Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors Effective As Of March 23, 2017 (D.I. 179, Filed 4/19/17); and

b)      Proposed Form Of Order.

Status:  A certificate of no objection has been filed.

8.       Motion By The Debtor For The Entry Of An Order Authorizing Rejection Of Equipment Leases Between Debtor And Stratasys, Inc. As Of The Surrender Date (D.I. 144, Filed 4/3/17).

Objection Deadline:  April 17, 2017 at 4:00 p.m. (ET), extended to April 20, 2017 at 4:00 p.m. (ET) for the Committee.

Responses Received: None.

Related Pleadings:

   a)      Order Regarding The Extension Of Certain Objection And Reply Deadlines (D.I. 162, Entered 4/12/17);

   b)      Certification Of Counsel Regarding Order Authorizing Rejection Of Equipment Leases Between Debtor And Stratasys, Inc. As Of The Surrender Date (D.I. 177, Filed 4/19/17); and

   c)      Proposed Form of Order.

Status:  A certification of counsel has been filed.

9.       Application Of The Official Committee Of Unsecured Creditors To Authorize The Retention And Employment Of Richards, Layton & Finger, P.A. As Co-Counsel To The Committee *Nunc Pro Tunc* To March 24, 2017 (D.I. 154, Filed 4/6/17).

Objection Deadline:  April 18, 2017 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

   a)      Certificate Of No Objection Regarding Application Of The Official Committee Of Unsecured Creditors To Authorize The Retention And Employment Of Richards, Layton & Finger, P.A. As Co-Counsel To The Committee *Nunc Pro Tunc* To March 24, 2017 (D.I. 180, Filed 4/19/17); and

   b)      Proposed Form Of Order.

Status:  A certificate of no objection has been filed.


UNCONTESTED MATTERS GOING FORWARD

10.      Motion Of The Debtor For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, And 507, Bankruptcy Rules 2002, 4001, 6004, And 9014, And Local Rule 4001-2 (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III)

Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 10, Filed 2/27/17).

Objection Deadline:  March 20, 2017 at 4:00 p.m. (ET), extended to May 10, 2017 at 4:00 p.m. (ET) for the Committee.

Responses Received: None.

Related Pleadings:

a)      Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, And 507, Bankruptcy Rules 2002, 4001, 6004, And 9014, And Local Rule 4001-2 (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III) Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 148, Entered 4/4/17);

b)      **Notice Of Filing Of Amendment To Postpetition Loan Agreement (D.I. 190, Filed 4/21/17)**; and

c)      **Notice Of Filing Of Second Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, And 507, Bankruptcy Rules 2002, 4001, 6004, And 9014, And Local Rule 4001-2 (I) Authorizing The Debtor To Obtain Postpetition Financing, (II) Granting Liens And Providing Super-Priority Administrative Expense Status, (III) Authorizing The Use Of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief (D.I. 191, Filed 4/21/17)**.

Status:  The hearing on this matter will go forward on an interim basis.  The Debtor will present an agreed form of order at the hearing.

11.      Debtor's Motion Pursuant To Sections 105(a), 363, 365, 503 And 507 Of The Bankruptcy Code For Entry Of Orders (I)(A) Approving Procedures In Connection With The Sale Of Substantially All Of The Debtor's Assets; (B) Scheduling Bid Deadlines, The Auction And Sale Hearing; (C) Approving The Form And Manner Of Notice Thereof; And (D) Granting Related Relief; And (II)(A) Authorizing The Sale Of Substantially All Of The Debtor's Assets Free And Clear Of Liens, Claims And Encumbrances, And Other Interests; (B) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Granting Related Relief (D.I. 58, Filed 3/13/17).

Objection Deadline:  March 27, 2017 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a)     Notice Of Filing Of Revised Order (I) Approving Sale Procedures And Bid Protections In Connection With Sale Of Substantially All Assets (II) Scheduling An Auction For And Hearing To Approve One Or More Sales; (III) Approving Notice Of Respective Date, Time And Place For Auction And For Hearing On Approval Of Sale(S); And (IV) Granting Related Relief (D.I. 169, Filed 4/14/17),

Status:  The hearing on this matter will go forward.  The Debtor will present an agreed form of order at the hearing.

## CONTESTED MATTERS GOING FORWARD

12.     Debtor's Motion For The Entry Of An Order Authorizing Rejection Of Commercial Real Property Lease Between Debtor And Fifth Historic Properties, LLC As Of The Surrender Date (D.I. 123, Filed 3/29/17).

Objection Deadline:  April 12, 2017 at 4:00 p.m. (ET).

Responses Received:

a)     Limited Objection By Fifth Historic Properties, LLC To Debtor's Motion For The Entry Of An Order Authorizing Rejection Of Commercial Real Property Lease Between Debtor And Fifth Historic Properties, LLC As Of The Surrender Date (D.I. 159, Filed 4/10/17).

Related Pleadings:

a)     Debtor's: (I) Objection To Motion Of Fifth Historic Properties, LLC For Entry Of An Order Requiring Debtor To Pay Postpetition Obligations Under Nonresidential Lease Pursuant To Sections 105 And 365(D)(3) Of The Bankruptcy Code, And (II) Reply To Limited Objection Of Fifth Historic Properties, LLC To Debtors Motion For The Entry Of An Order Authorizing Rejection Of Commercial Real Property Lease Between Debtor And Fifth Historic Properties, LLC As Of The Surrender Date (D.I. 170, Filed 4/14/17).

Status: The hearing on this matter will go forward.

13.     Motion Of Fifth Historic Properties, LLC For Entry Of An Order Requiring Debtor Lily Robotics, Inc. To Pay Postpetition Obligations Under Nonresidential Lease Pursuant To Sections 105 And 365(d)(3) Of The Bankruptcy Code (D.I. 134, Filed 3/31/17).

Objection Deadline:  April 14, 2017 at 4:00 p.m. (ET).

Responses Received:

a)     Debtor's: (I) Objection To Motion Of Fifth Historic Properties, LLC For Entry Of An Order Requiring Debtor To Pay Postpetition Obligations Under Nonresidential Lease Pursuant To Sections 105 And 365(D)(3) Of The Bankruptcy Code, And (II) Reply To Limited Objection Of Fifth Historic

Properties, LLC To Debtors Motion For The Entry Of An Order Authorizing Rejection Of Commercial Real Property Lease Between Debtor And Fifth Historic Properties, LLC As Of The Surrender Date (D.I. 170, Filed 4/14/17).

Related Pleadings:

a)    Reply To Debtor's Objection To Motion Of Fifth Historic Properties, LLC For Entry Of An Order Requiring Debtor Lily Robotics, Inc. To Pay Postpetition Obligations Under Nonresidential Lease Pursuant To Sections 105 And 365(D)(3) Of The Bankruptcy Code (D.I. 184, Filed 4/20/17).

Status:  The hearing on this matter will go forward.

Dated: April 21, 2017                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:   _/s/ Marcy J. McLaughlin_
          Robert J. Dehney (DE Bar No. 3578)
          Andrew R. Remming (DE Bar No. 5120)
          Marcy J. McLaughlin (DE Bar No. 6184)
          1201 North Market Street, 16th Floor
          P.O. Box 1347
          Wilmington, Delaware 19899-1347
          Telephone:  (302) 658-9200
          Facsimile:  (302) 658-3989
          E-mail:   rdehney@mnat.com
                        aremming@mnat.com
                        mmclaughlin@mnat.com

-and-

ORRICK, HERRINGTON & SUTCLIFFE LLP
          Douglas S. Mintz (admitted *pro hac vice*)
          Columbia Center
          1152 15th Street, N.W.
          Washington, D.C. 20005-1706
          Telephone:  (202) 339-8400
          Facsimile:  (202) 339-8500
          E-mail:   dmintz@orrick.com
          Laura Metzger (admitted *pro hac vice*)
          Jennifer Asher (admitted *pro hac vice*)
          51 West 52nd Street
          New York, N.Y. 10019
          Telephone: (212) 506-5000
          E-mail:   lmetzger@orrick.com
                        jasher@orrick.com

*Counsel for the Debtor and Debtor in Possession*